**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In re: Marketa Akinwande**　　　　　　　　　　　　　**Case Number: 17-33795**
Debtor(s)　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on December 12, 2017 , replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that:**

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor(s) at their address of record.
(4) Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.

Date: Jan 19 2018　　　　　　　　　　　　　　　　/s/ Kevin R. Huennekens
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　Entered On Docket: Jan 22 2018

I ask for this:

*/s/Suzanne E. Wade.*
*Suzanne E. Wade*
*Standing Chapter 13 Trustee*
*P. O. Box 1780*
*Richmond, Virginia 23218-1780*
*VSB #31868*
*(804) 775-0979*

**PARTIES TO RECEIVE COPIES:**
Marketa Akinwande
2114 Royall Avenue
Richmond, VA  23224